UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RITA JACKSON, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-20-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on November 22, 2017, and Copies To:**
Charlotte Williams Hall                                 (via CM/ECF electronic notification)
Leah F. Golshani                                          (via CM/ECF electronic notification)

DATE:                                         PETER A. MOORE, JR., CLERK
November 22, 2017                      (By) /s/ Nicole Briggeman
                                                   Deputy Clerk