IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:17-cv-20-D

| | |
|---|---|
| RITA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PAYMENT |
| v. ) | OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $3,920.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED. This **29** day of December 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　Chief United States District Judge